# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** Michael Matthew Kravats Jr
Ginger Marie Kravats

**Case Number:   26-33180-KLP**                    **Date Filed:   July 31, 2026**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005-2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1.    The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is ***www.vaeb.uscourts.gov*** and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2.    You must file a "Request for Waiver to File Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file conventionally, **then**

3.    You then may file conventionally on unstapled, unbound, 8 ½" x 11" single-sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:   August 3, 2026                                          Charri S Stewart
[VAN062vJul2025.jsp]                                          Clerk of the Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                           Case No. 26-33180-KLP

Michael Matthew Kravats, Jr                                                      Chapter 7

Ginger Marie Kravats
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7                        User: Admin                          Page 1 of 2

Date Rcvd: Aug 03, 2026                     Form ID: VAN062                       Total Noticed: 27

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID |  | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Matthew Kravats, Jr, Ginger Marie Kravats, 1009 McKinney Blvd, Colonial Beach, VA 22443-1841 |
| 17130550 |  | Blue FCU, 2401 E Pershing Blvd, Dubuque, IA 52001 |
| 17130553 | + | Central VA Anesthesia Assoc, 1420 Central Park Blvd #201, Fredericksburg, VA 22401-4932 |
| 17130555 | + | DNF Associates LLC, 2351 North Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 17130565 | + | Medical Imaging at King George, 11131 Journal Pkwy, King George, VA 22485-3468 |
| 17130566 | + | Medical Imaging of Fredericksburg, 1201 Sam Perry Blvd #102,, Fredericksburg, VA 22401-4490 |
| 17130567 | + | Office of the US Attorney, 202 N 9th St, Richmond, VA 23219-3402 |
| 17130570 |  | Scott & Associates, PO Box 155220, Carrollton, TX 75011 |
| 17130571 |  | Scott Associates, PO Box 155220, Carrollton, TX 75011 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID |  | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17130551 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2026 03:04:57 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17130554 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2026 03:05:04 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 17130556 | + | Email/Text: bkmailings@nbsdefaultservices.com | Aug 04 2026 03:03:00 | First Home Mortgage Corp, PO Box 4638, Englewood, CO 80155-4638 |
| 17130557 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 04 2026 03:02:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 17130558 | + | Email/Text: clientservices@fullcirclefs.com | Aug 04 2026 03:03:00 | Full Circle Financial Services LLC, 12425 Race Track Rd Ste 100, Tampa, FL 33626-3102 |
| 17130559 |  | Email/Text: specialhandling@glasserlaw.com | Aug 04 2026 03:02:00 | Glasser & Glasser, 580 East Main Street, Suite 600, Norfolk, VA 23510 |
| 17130560 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2026 03:03:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 17130561 | ^ | MEBN | Aug 04 2026 02:59:42 | Klima & Peters, 8028 Ritchie Hwy #300,, Pasadena, MD 21122-1360 |
| 17130562 |  | Email/Text: govtaudits@labcorp.com | Aug 04 2026 03:02:00 | LabCorp, 531 South Spring Street, PO Box 2240, Burlington, NC 27216-2240 |
| 17130563 | + | Email/Text: bankruptcy1@langleyfcu.org | Aug 04 2026 03:03:00 | Langley FCU, PO Box 120128, Newport News, VA 23612-0128 |
| 17130564 |  | Email/Text: odcpfn@mwhc.com | Aug 04 2026 03:02:00 | Mary Washington Healthcare, 1001 Sam Perry Blvd, Fredericksburg, VA 22401 |
| 17130569 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 03:05:06 | RESURGENT/LVNV FUNDING, PO BOX 1269, Greenville, SC 29602-1269 |
| 17130568 | + | Email/Text: ngisupport@radiusgs.com |  |  |

| | | | Aug 04 2026 03:02:00 | Radius Global Solution, 7505 Metro Blvd Ste 400, Edina, MN 55439-3010 |
| 17130572 | + | Email/Text: ssa.bankruptcy@ssa.gov | | |
| | | | Aug 04 2026 03:02:00 | Social Security Administration, 6401 Security Blvd., Baltimore, MD 21235-6401 |
| 17130573 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 04 2026 03:05:06 | Synchrony Bank, PO Box 71737, Philadelphia, PA 19176-1737 |
| 17130574 | + | Email/Text: bankruptcynotices@cbecompanies.com | | |
| | | | Aug 04 2026 03:03:00 | The CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 17130575 | | Email/Text: bknotice@upgrade.com | | |
| | | | Aug 04 2026 03:02:00 | Upgrade Inc, 275 Battery St, 23rd Floor, San Francisco, CA 94111 |
| 17130576 | | Email/Text: bnc_4301@velocityrecoveries.com | | |
| | | | Aug 04 2026 03:03:00 | Velocity Investments, 1800 Route 34 North, Suite 305, Wall, NJ 07719 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17130552 | *+ | Capital One*, 1680 Capital One Dr, McLean, VA 22102-3407 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Michael Matthew Kravats  Jr dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Joint Debtor Ginger Marie Kravats dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Jennifer J. West | jjw_trustee@spottsfain.com  jjw@trustesolutions.net |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 4