**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

-------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Michael Matthew Kravats, Jr** | : | |
| **and Ginger Marie Kravats** | : | **No.  26-33180** |
| | : | |
| **Debtor.** | : | |
| | : | |

-------------------------------------------------------------X

### NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

      Dated: August 14, 2026.

         /s/ Daniel M. Press
         Daniel M. Press, VSB 37123
         Law Offices of Daniel M. Press
         201 Washington St.
         Cumberland MD 21502
         (703) 725-7600
         dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee, Chapter 7 Trustee and all parties requesting notice by CM/ECF.

    _/s/ Daniel M. Press_____

    Daniel M. Press