**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re Michael Matthew Kravats Jr
Ginger Marie Kravats

Debtor(s)

Case No. 26-33180-KLP

Chapter 7

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___ Involuntary/Voluntary Petition *[Specify reason for amendment:________________________]*
*Check if applicable:* ___ Soc. Sec. No. amended. [***If applicable*:** **An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on__________________.***]

___ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
___ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
___ Schedule A/B - Property
___ Schedule C - The Property You Claim as Exempt
___ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
___ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)
***( $34.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*** **Check applicable statement(s)**:

___ **Creditor(s) added** ___ **Creditor(s) deleted**
___ **Change in amounts owed or classification of debt**
X **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
___ **Post-petition creditors added (Schedule of Unpaid Debts)**

**REMINDER: Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**

___ Schedule G - Executory Contracts and Unexpired Leases
___ Schedule H – Your Codebtors
___ Schedule I – Your Income
___ Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
***Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

___ Statement of Financial Affairs

___ Statement of Intention for Individuals Filing Under Chapter 7

___ Chapter 11 List of Equity Security Holders

___ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

___ Attorney's Disclosure of Compensation

___ Other: ________________________________

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: CM/ECF to Trustee; first class mail to Blue FCU at corrected address
________________________________.

Date: 8/21/26

/s/ Daniel M Press
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: 37123
Mailing Address: 201 Washington St
Cumberland MD 21502

Telephone No.: 703-725-7600

[amendcs ver. 12/23]