**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

Richmond **Division**

In re Michael Matthew Kravats Jr
Ginger Marie Kravats

Debtor(s)

Case No. 26-33180-KLP

Chapter 7

**TO:** Blue FCU, 2401 E Pershing Blvd, Cheyenne WY 82001

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

___ adding you as a creditor,
___ deleting you as a creditor,
_X_ correcting your address

A copy of the amendment is forwarded to you together with this notice.

**[*If amendment is adding creditor(s)*]** NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Date: 8/21/26

Michael Matthew Kravats Jr
Ginger Marie Kravats
By /s/ Daniel M Press
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 37123
Address: 201 Washington St
Cumberland MD 21502

Telephone No.: 703-725-7600

**CERTIFICATION**

I certify that on 8/21/26, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Daniel M Press
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]