Certificate Number: 06531-VAE-DE-041287564

Bankruptcy Case Number: 26-33180

06531-VAE-DE-041287564

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2026, at 5:04 o'clock PM CDT, Michael Matthew Kravats Jr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 4, 2026

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor