**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Michael Matthew Kravats Jr<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3391 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ginger Marie Kravats<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3301 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Virginia | | |
| Case number: | 26–33180–KLP | | |

# Discharge of Joint Debtors

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael Matthew Kravats Jr

Ginger Marie Kravats

November 4, 2026

**For the court:** Charri S Stewart
Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 26-33180-KLP |
| Michael Matthew Kravats, Jr | Chapter 7 |
| Ginger Marie Kravats | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 05, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Matthew Kravats, Jr, Ginger Marie Kravats, 1009 McKinney Blvd, Colonial Beach, VA 22443-1841 |
| 17130550 | | Blue FCU, 2401 E Pershing Blvd, Dubuque, IA 52001 |
| 17130553 | + | Central VA Anesthesia Assoc, 1420 Central Park Blvd #201, Fredericksburg, VA 22401-4932 |
| 17130555 | + | DNF Associates LLC, 2351 North Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 17130565 | + | Medical Imaging at King George, 11131 Journal Pkwy, King George, VA 22485-3468 |
| 17130566 | + | Medical Imaging of Fredericksburg, 1201 Sam Perry Blvd #102,, Fredericksburg, VA 22401-4490 |
| 17130567 | + | Office of the US Attorney, 202 N 9th St, Richmond, VA 23219-3402 |
| 17130570 | | Scott & Associates, PO Box 155220, Carrollton, TX 75011 |
| 17130571 | | Scott Associates, PO Box 155220, Carrollton, TX 75011 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FJJWEST | Nov 06 2026 04:02:00 | Jennifer J. West, Spotts Fain PC, 411 E. Franklin Street, Suite 600, Richmond, VA 23219-2200 |
| 17149523 | + | Email/Text: bankruptcy@bluefcu.com | Nov 05 2026 23:42:00 | Blue FCU, 2401 E Pershing Blvd, Cheyenne WY 82001-5552 |
| 17130551 | + | EDI: CAPITALONE.COM | Nov 06 2026 04:02:00 | Capital One, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 17130554 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 05 2026 23:46:16 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 17130556 | + | Email/Text: bkmailings@nbsdefaultservices.com | Nov 05 2026 23:43:00 | First Home Mortgage Corp, PO Box 4638, Englewood, CO 80155-4638 |
| 17130557 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 05 2026 23:42:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 17130558 | + | Email/Text: clientservices@fullcirclefs.com | Nov 05 2026 23:43:00 | Full Circle Financial Services LLC, 12425 Race Track Rd Ste 100, Tampa, FL 33626-3102 |
| 17130559 | | Email/Text: specialhandling@glasserlaw.com | Nov 05 2026 23:42:00 | Glasser & Glasser, 580 East Main Street, Suite 600, Norfolk, VA 23510 |
| 17130560 | + | EDI: JEFFERSONCAP.COM | Nov 06 2026 04:02:00 | Jefferson Capital Systems LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 17130561 | ^ | MEBN | Nov 05 2026 23:19:53 | Klima & Peters, 8028 Ritchie Hwy #300,, Pasadena, MD 21122-1360 |
| 17130562 | | Email/Text: govtaudits@labcorp.com | Nov 05 2026 23:43:00 | LabCorp, 531 South Spring Street, PO Box 2240, Burlington, NC 27216-2240 |
| 17130563 | + | Email/Text: bankruptcy1@langleyfcu.org | Nov 05 2026 23:44:00 | Langley FCU, PO Box 120128, Newport News, VA 23612-0128 |
| 17130564 | | Email/Text: odcpfn@mwhc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 05 2026 23:42:00 | Mary Washington Healthcare, 1001 Sam Perry Blvd, Fredericksburg, VA 22401 |
| 17130569 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2026 23:46:35 | RESURGENT/LVNV FUNDING, PO BOX 1269, Greenville, SC 29602-1269 |
| 17130568 | + | Email/Text: ngisupport@radiusgs.com | Nov 05 2026 23:43:00 | Radius Global Solution, 7505 Metro Blvd Ste 400, Edina, MN 55439-3010 |
| 17130572 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 05 2026 23:43:00 | Social Security Administration, 6401 Security Blvd., Baltimore, MD 21235-6401 |
| 17130573 | + | EDI: SYNC | Nov 06 2026 04:02:00 | Synchrony Bank, PO Box 71737, Philadelphia, PA 19176-1737 |
| 17130574 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 05 2026 23:44:00 | The CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 17130575 | | Email/Text: bknotice@upgrade.com | Nov 05 2026 23:42:00 | Upgrade Inc, 275 Battery St, 23rd Floor, San Francisco, CA 94111 |
| 17130576 | | EDI: G2RSVELOCITY | Nov 06 2026 04:02:00 | Velocity Investments, 1800 Route 34 North, Suite 305, Wall, NJ 07719 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17130552 | *+ | Capital One*, 1680 Capital One Dr, McLean, VA 22102-3407 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Michael Matthew Kravats Jr dan@danpress.us, pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Joint Debtor Ginger Marie Kravats dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Jennifer J. West | jjw_trustee@spottsfain.com jjw@trustesolutions.net |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |

TOTAL: 4